**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOSIE BADGER and EMILY GELLATLY, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>STORE CAPITAL CORPORATION,<br><br>    Defendant. | Civil Action No. 16-1684<br>Judge Nora Barry Fischer<br>Magistrate Judge Robert C. Mitchell<br><br><br>**FILED ELECTRONICALLY** |

## NOTICE OF SETTLEMENT

COMES NOW, Plaintiffs Josie Badger and Emily Gellatly, by and through their undersigned counsel, and hereby advise this Honorable Court they have reached an agreement in principle with Defendant, Store Capital Corporation. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within twenty (20) days.

In light of the foregoing, the parties respectfully request that the Court clear from its calendar the June 30, 2017 deadline for supplemental briefing to allow the parties to finalize settlement and prepare for dismissal.

Dated:  June 29, 2017

Respectfully Submitted,

By: */s/ Benjamin J. Sweet*
Benjamin J. Sweet (PA 87338)
Stephanie K. Goldin (PA 202865)
**CARLSON LYNCH SWEET**
**KILPELA & CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
(p) 412.322.9243
(f) 412.231.0246

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's electronic filing system on June 29, 2017.

*/s/ Benjamin J. Sweet*_____