Case 2:16-cv-01684-NBF-RCM   Document 33   Filed 07/07/17

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

JOSIE BADGER and EMILY GELLATLY,
individually and on behalf of all others similarly
situated,

        Plaintiffs,

v.

STORE CAPITAL CORPORATION,

        Defendant.

Civil Action No. 16-1684
Judge Nora Barry Fischer
Magistrate Judge Robert C. Mitchell

**FILED ELECTRONICALLY**

## STIPULATION OF DISMISSAL

Plaintiffs, Josie Badger and Emily Gellatly, and Defendant, Store Capital Corporation, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby stipulate that:

1. This action shall be DISMISSED, with prejudice as between Josie Badger, Emily Gellatly and Store Capital Corporation;

2. No motion for class certification has been filed and no class has been certified in this action; therefore, class notice and court approval of this dismissal are not required under the Federal Rules; and

3. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Case 2:16-cv-01684-NBF-RCM   Document 33   Filed 07/07/17

Respectfully Submitted,

/s/ Benjamin J. Sweet
Benjamin J. Sweet (PA 87338)
Stephanie K. Goldin (PA 202865)
**CARLSON LYNCH SWEET**
**KILPELA & CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
(p) 412.322.9243
(f) 412.231.0246

Counsel for Plaintiffs

/s/ Elly Heller-Toig
Elly Heller-Toig
**Marcus & Shapira LLP**
301 Grant Street, 35th Floor
One Oxford Centre
Pittsburgh, Pennsylvania 15219-6401

Counsel for Defendant

AND NOW, this 7th
day of July, 20 17,
IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

2